ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Electric Boat Corporation | ) ASBCA No. 58672 |
| | ) |
| Under Contract No. N00024-03-C-2101 | ) |

APPEARANCES FOR THE APPELLANT:      Stephen J. McBrady, Esq.
                                     Skye Mathieson, Esq.
                                     Michelle D. Coleman, Esq.
                                       Crowell & Moring LLP
                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                       Navy Chief Trial Attorney
                                     Russell A. Shultis, Esq.
                                     Stephen D. Tobin, Esq.
                                     Alana M. Sitterly, Esq.
                                     David M. Marquez, Esq.
                                       Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 7, 2021

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58672, Appeal of Electric Boat Corporation, rendered in conformance with the Board's Charter.

Dated:  October 12, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals